1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROITINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-706 MAG |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) | |
| RICHARD ROITINGER, | ) | |
| Defendant. | ) | |

Sentencing in the above-entitled case is currently scheduled for Friday, April 21, 2006. Counsel for Mr. Roitinger will be unavailable on that date, and has moved the Court to continue sentencing. Mr. Roitinger is out of custody and the government has no objection to continuing the hearing.

//
//
//
//
//
//

ORDER                                                        1

1 | Therefore, for good cause shown sentencing shall be continued from Friday, April 21, to
2 | Friday, May 19, 2006 at 10:30 am.

3

4 | **IT IS SO STIPULATED**.

5 | Dated:                                           /s/
                                                 DEREK OWENS
6 |                                                  Assistant United States Attorney

7

    Dated:                                          /s/
8 |                                                  GEOFFREY A. HANSEN
                                                 Chief Assistant Federal Public Defender
9

10 | **IT IS SO ORDERED.**

11 | Dated:    April 18, 2006

                                              JOSEPH C. SPERO
12 |                                                United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER                                                  2