BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A.HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROITINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 - 706 JCS |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | ) | |
| RICHARD ROITINGER, | ) | |
| Defendant. | ) | |

The parties hereby agree to continue the sentencing in this matter to Friday, May 26, 2006 at 10:30 a.m.

Date  5/19/06

Derek Owens
Assistant United States Attorney

Date: 5/19/06

Geoffrey A. Hansen
Counsel for Defendant

**IT IS SO ORDERED**.

Date:   May 22, 2006

Jose...
Unite...  ...trate Judge

Judge Joseph C. Spero

1